AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

PHILIP R. ALBERT, JR.

**WARRANT FOR ARREST**

CASE NUMBER: 04-1809-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Philip R. Albert, Jr.
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and distribution of, oxycodone, a Schedule II controlled substance

in violation of
Title   21   United States Code, Section(s)  846 and 841(a)(1)

Charles B-____ ____           U S Magistrate Judge
Name of Issuing Officer        Title of Issuing Officer

[signature]                    6-29-04     Boston, MA
Signature of Issuing Officer   Date and Location

Bail fixed at $ _____   by _____
                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  6/30/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Philip R. Albert, Jr.

ALIAS:

LAST KNOWN RESIDENCE: 10 Babson St., Gloucester, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Lynn, MA

DATE OF BIRTH (4 digit year): 00-00-1977

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 8899

HEIGHT: 5'8"       WEIGHT: 235

SEX: M           RACE: W

HAIR: Blond      EYES: Blue

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Administration

15 New Sudbury Street

Boston, MA