✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MA

UNITED STATES

V.

KNOWLTON, ALBERT, MITCHELL, GARDNER

## EXHIBIT AND WITNESS LIST

Case Number:  04-1809-CBS

| PRESIDING JUDGE SWARTWOOD | PLAINTIFF'S ATTORNEY Tobin | DEFENDANT'S ATTORNEY Natola, Andrews, O'Riely , Beauparlant |
|---|---|---|
| TRIAL DATE (S) 7/23/2004 | COURT REPORTER P | COURTROOM DEPUTY Bachrach |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witness |
| | | 7/23/04 | | | Steven Story, Senior Special Agent, DEA |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 7/23/04 | X | X | Complaint and Affidavit |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.