kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

9.  The defendant GUISEPPE TORRENTE is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

10.  The defendant JARED KNOWLTON is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

11.  The defendant ARCHIBALD MACLEOD is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

12.  The defendant JONATHAN MITCHELL is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000

kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

13.  The defendant JAMES GARDNER is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

A TRUE BILL


_____

FOREPERSON OF THE GRAND JURY


_____

DAVID G. TOBIN
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS; September 22, 2004.


Returned into the District Court by the Grand Jurors and filed.

_____

DEPUTY CLERK

9/22/04
@ 12:25 pm


-25-

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**     04 CR 1 0288 SNG     **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester          Category No. II          Investigating Agency  DEA

City  Gloucester

County  Essex

**Related Case Information:**

Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number  04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Espinola, Carlos          Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  63 Endicott Street, Peabody, Massachusetts

Birth date (Year only):  1977  SSN (last 4 #):  3506  Sex  M  Race:  W          Nationality: _____

Defense Counsel if known:  Bradford E. Keene          Address:  220 Broadway, Suite 402
                                                                   Lynnfield, MA 01940

Bar Number: _____

**U.S. Attorney Information:**

AUSA  David G. Tobin          Bar Number if applicable  552558

Interpreter:  ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

     ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date:  06/30/04

☒ Already in Federal Custody as  of 06/30/04          in  Boston, MA          .
☐ Already in State Custody _____     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____     on _____

Charging Document:  ☐ Complaint          ☐ Information          ☒ Indictment

Total # of Counts:  ☐ Petty _____     ☐ Misdemeanor _____     ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  09/22/04          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Espinola, Carlos _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Possess w/ Int. to Dist., and to Dist.,Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**JS 45 (5/97) - (Revised USAO MA 1/15/04)**

**Criminal Case Cover Sheet** 04 CR 1 0 2 8 8 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody     **Category No.** II     **Investigating Agency** DEA

**City** Peabody

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Jose F. Melo     Juvenile ☐ Yes ☒ No

**Alias Name** Jose Mello

**Address** 20 Tracey Street, Apt. 1, Peabody, MA

**Birth date (Year only):** 1976  **SSN (last 4 #):** 3506 **Sex** M **Race:** W     **Nationality:** _____

**Defense Counsel if known:** Stephen Neyman     **Address:** 160 State Street, 8th Floor
                                                              Boston, MA 01209

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin     **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**     ☐ **Regular Process**     ☒ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

☒ **Already in Federal Custody as** of 06/30/04 **in** Boston, MA
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony** 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☐     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jose F. Melo _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Consp. to Poss. w/Int. Dist, and to Dist., Oxycodone | 1 |
| Set 2   21 USC § 841(a)(1) | Distribution of Oxycodone  + Aiding/Abetting | 16 |
| Set 3   21 USC § 841(a)(1) | Distribution of Oxycodone  + Aiding/Abetting | 17 |
| Set 4   21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

Melo JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/03)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:** _Gloucester_          **Category No.** _II_          **Investigating Agency** _DEA_

**City** _Gloucester_               **Related Case Information:**

**County** _Essex_                Superseding Ind./ Inf. _____    Case No. _____
                         Same Defendant _____    New Defendant _____
                         Magistrate Judge Case Number    _04-MJ-01809-CBS_
                         Search Warrant Case Number _____
                         R 20/R 40 from District of _____

### Defendant Information:

Defendant Name _Joseph Baldassano_                    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _220 Washington Street, Gloucester, MA_

Birth date (Year only): _1981_  SSN (last 4 #): _9858_  Sex _M_  Race: _W_      Nationality: _____

**Defense Counsel if known:** _Elliot M. Weinstein_          **Address:** _228 Lewis Wharf_
                                      _Boston, MA  02110_

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** _David G. Tobin_                **Bar Number if applicable** _552558_

**Interpreter:**    ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes  ☒ No

        ☐ **Warrant Requested**        ☐ **Regular Process**        ☒ **In Custody**

**Location Status:**

**Arrest Date:** _06/30/04_

☒ **Already in Federal Custody as** _of 06/30/04_          in    _Boston, MA_          .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    **Ordered by** _____    **on** _____

**Charging Document:**    ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  _4_

**Continue on Page 2 for Entry of U.S.C. Citations**

☐        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _09/22/04_                **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Joseph Baldassano _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 16 |
| Set 4 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 17 |
| Set 5 | 21 USC § 853 | Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Baldassano JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    04 CR 1028 CNS  **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Matthew Cream    Juvenile ☐ Yes  ☒ No

Alias Name _____

Address  16 Harrison Avenue, Gloucester, MA

Birth date (Year only): 1981  SSN (last 4 #): 7776  Sex M Race: W    Nationality: _____

**Defense Counsel if known:** Bruce G. Linson    **Address:** 220 Commercial Street
Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin    **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** 07/02/04 _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by CBS    on 07/23/04

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:** _____

**JS 45 (5/97) - (Revised USAO MA 1/15/04)**

**Criminal Case Cover Sheet** 04 CR 1 0288 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Jason Matthews    Juvenile ☐ Yes ☒ No

**Alias Name** _____

**Address** 57 Prospect Street, Apt. 1, Gloucester, MA

**Birth date (Year only):** 1980 **SSN (last 4 #):** 4102 **Sex** M **Race:** W **Nationality:** _____

**Defense Counsel if known:** Richard M. Welsh    **Address:** 80 Worcester Street, Suite 5
North Grafton, MA 01536

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin    **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** 07/02/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by CBS on 07/12/04

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Jason Matthews _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 853 | Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Matthews JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 01 CR 10288 NG **U.S. District Court - District of Massachusetts**

Place of Offense: __Gloucester__    Category No. __II__    Investigating Agency __DEA__

City __Gloucester__    Related Case Information:

County __Essex__    Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number __04-MJ-01809-CBS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Joseph Allen__    Juvenile ☐ Yes  ☒ No

Alias Name _____

Address __8 Reservoir Road, Gloucester, MA__

Birth date (Year only): __1978__  SSN (last 4 #): __2491__  Sex __M__  Race: __W__    Nationality: _____

Defense Counsel if known: __James L. Sultan__    Address: __1 Commercial Wharf North__
__Boston, MA  02110__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__    Bar Number if applicable __552558__

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** __07/02/04__

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __RWZ__    on __08/09/04__

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __3__

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Joseph Allen _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 16 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 17 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Allen JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/18/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

Place of Offense: __Gloucester__     Category No. __II__     Investigating Agency __DEA__

City __Gloucester__                 **Related Case Information:**

County __Essex__                    Superseding Ind./ Inf. _____     Case No. _____
                                    Same Defendant _____     New Defendant _____
                                    Magistrate Judge Case Number __04-MJ-01809-CBS__
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Keith Behsman__          Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __40 Sarah Avenue, Lowell, Massachusetts__

Birth date (Year only): __1978__  SSN (last 4 #): __4464__  Sex __M__ Race: __B__      Nationality: _____

**Defense Counsel if known:**  __Michael C. Bourbeau__      Address: __21 Union Street__
                                                              __Boston, MA  02108__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__          Bar Number if applicable __552558__

Interpreter:  ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

          ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date: __06/30/04__

☒ Already in Federal Custody as  __of 06/30/04__          in  __Boston, MA__          .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __9__

**Continue on Page 2 for Entry of U.S.C. Citations**

☐          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.

**Date:** 09/22/04                    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Keith Behsman _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 2 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 3 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 6 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 7 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 8 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 9 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 10 |
| Set 10 | 21 USC § 853 | Forfeiture Allegation | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Behsman JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody          **Category No.** II          **Investigating Agency** DEA

**City** Peabody                    **Related Case Information:**

**County** Essex                     Superseding Ind./ Inf. _____ Case No. _____
                                     Same Defendant _____ New Defendant _____
                                     Magistrate Judge Case Number  04-MJ-01809-CBS
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Jonathan Mitchell                    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address  5 Exchange Street, Gloucester, MA

Birth date (Year only): 1979  SSN (last 4 #): 7923  Sex M Race: W  Nationality: _____

**Defense Counsel if known:**  Edward J. O'Reilly        **Address:** 46 Middle Street, 2nd Floor
                                                          Gloucester, MA  01930

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin              **Bar Number if applicable**  552558

**Interpreter:**  ☐ Yes ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes ☒ No

    ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**  06/30/04

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  Ordered by CBS  on  07/02/04

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**  09/22/04          **Signature of AUSA:**

‰JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jonathan Mitchell _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 3  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 4  21 USC 853 | Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 3/25/02)

04 CR 1 0 2 8 8 NG

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester          Category No.  II          Investigating Agency  DEA

City   Gloucester                    **Related Case Information:**

County   Essex          Superseding Ind./ Inf.  _____  Case No.  _____
                        Same Defendant  _____  New Defendant  _____
                        Magistrate Judge Case Number   04-MJ-01809-CBS
                        Search Warrant Case Number   _____
                        R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   James R. Gardner                    Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   14 Centennial Avenue, Apartment 1, Gloucester, MA

Birth date (Year only):  1978   SSN (last 4 #):  7752  Sex  M  Race:  W   Nationality:  _____

**Defense Counsel if known:**   Theodore W. Beauparlant          **Address:**  166 Kenoza Avenue
                                                                   Haverhill, MA  01830

**Bar Number:**   _____

**U.S. Attorney Information:**

AUSA   David G. Tobin          **Bar Number if applicable**  552558

**Interpreter:**   ☐ Yes  ☒ No          **List language and/or dialect:**  _____

**Matter to be SEALED:**   ☐ Yes  ☒ No

          ☐ **Warrant Requested**          ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**   06/30/04

☐ **Already in Federal Custody as**  _____  in  _____ .
☐ **Already in State Custody**  _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   Ordered by  CBS   on   07/02/04

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty  _____  ☐ Misdemeanor  _____  ☒ Felony   2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date:  09/22/04          Signature of AUSA:  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    James R. Gardner _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 3  21 USC 853 | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

Gardner JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Sheet** 04 CR 10288 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester    **Related Case Information:**

**County** Essex

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant _____ | New Defendant _____ |
| Magistrate Judge Case Number | 04-MJ-01809-CBS |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

**Defendant Name** Philip R. Albert, Jr.    Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** 10 Babson Street, Gloucester, MA

**Birth date (Year only):** 1977  **SSN (last 4 #):** 8899  **Sex** M  **Race:** W    **Nationality:** _____

**Defense Counsel if known:** John Andrews & Marc Salinas    **Address:** 70 Washington Street, Suite 211
                                                              Salem, MA 01970

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin    **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

    ☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

☐ **Already in Federal Custody as** _____ **in** _____ .

☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**

☒ **On Pretrial Release:** **Ordered by** CBS **on** 07/02/04

**Charging Document:**  ☐ **Complaint**  ☐ **Information**  ☒ **Indictment**

**Total # of Counts:**  ☐ **Petty** _____  ☐ **Misdemeanor** _____  ☒ **Felony** 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Philip R. Albert, Jr. _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2   21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 3   21 USC 853 | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Albert JS45.wpd - 1/15/04 (USAO-MA)

✎JS 45 (5/97) - (Revised USAO MA 1/5/00)

**04 CR 1 0 2 8 8 NG**

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody          **Category No.** II          **Investigating Agency** DEA

**City** Peabody                     **Related Case Information:**

**County** Essex                     Superseding Ind./ Inf. _____ Case No. _____
                                     Same Defendant _____ New Defendant _____
                                     Magistrate Judge Case Number 04-MJ-01809-CBS
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Jared Knowlton                **Juvenile** ☐ Yes ☒ No

**Alias Name** _____

**Address** 11 Tolman Avenue, Gloucester, MA

**Birth date (Year only):** 1974 **SSN (last 4 #):** 1719 **Sex** M **Race:** _____ **Nationality:** _____

**Defense Counsel if known:** Michael F. Natola    **Address:** 240 Commercial Street, Suite 2B
                                                             Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin              **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

        ☐ Warrant Requested      ☒ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** 06/30/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: **Ordered by** CBS **on** 07/02/04

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Jared Knowlton _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 3/7/2001)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __Gloucester__        Category No. __II__        Investigating Agency __DEA__

City __Gloucester__                    **Related Case Information:**

County __Essex__                      Superseding Ind./ Inf. _____        Case No. _____
                                      Same Defendant _____    New Defendant _____
                                      Magistrate Judge Case Number __04-MJ-01809-CBS__
                                      Search Warrant Case Number _____
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Archibald MacLeod__                Juvenile ☐ Yes ☐ No

Alias Name _____

Address __124-Rear Centennial Avenue, Gloucester, MA__

Birth date (Year only): _____ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**  Roger Witkin        Address: __6 Beacon Street, Suite 1010__
                                                            __Boston, MA  02108__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__                Bar Number if applicable __552558__

**Interpreter:** ☐ Yes ☒ No        List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

          ☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** __07/12/04__

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial

☒ On Pretrial Release: Ordered by __CBS__ on __07/12/04__

**Charging Document:** ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __5__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date: 09/22/04**                    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Archibald MacLeod _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 9 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 13 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 14 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 15 |
| Set 6 | 21 USC § 853 | Forfeiture Allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/1/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester          Category No.  2          Investigating Agency  DEA

City   Gloucester                      Related Case Information:

County   Essex                         Superseding Ind./ Inf.  _____  Case No.  _____
                                       Same Defendant  _____  New Defendant  _____
                                       Magistrate Judge Case Number  04-MJ-01809-CBS
                                       Search Warrant Case Number  _____
                                       R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   Giuseppe S. Torrente                Juvenile   ☐ Yes   ☒ No

Alias Name   Joseph Torrente

Address   9 Fleetwood Drive, Gloucester, MA

Birth date (Year only):  1980  SSN (last 4 #):  9986  Sex  M  Race:  W          Nationality:  _____

**Defense Counsel if known:**   Stephen D. Judge          Address:  23 Central Avenue #605
                                                                    Lynn, MA  01901
**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA   David G. Tobin                Bar Number if applicable  552558

Interpreter:   ☐ Yes  ☒ No          List language and/or dialect:  _____

Matter to be SEALED:   ☐ Yes  ☒ No

        ☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date:   07/15/04

☐ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  CBS          on  07/15/04

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty  _____  ☐ Misdemeanor  _____  ☒ Felony  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:   09/22/04          Signature of AUSA:  _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Giuseppe S. Torrente _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 11 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 12 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Torrente JS45.wpd - 1/15/04 (USAO-MA)