# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        Plaintiff,        CRIMINAL ACTION
v.                                  NO. 04-10288-NG

JOSEPH BALDASSANO
JAMES GARDNER
PHILIP ALBERT, JR.
ARCHIBALD MACLEOD

        Defendant,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| | |
|---|---|
| U.S. District Court | **COURTROOM #1, 5th FLOOR** |
| 595 Main Street | Date and Time: |
| Worcester, MA 01608 | **October 12, 2004, 12:00 P.M.** |

_____
Type of Proceeding:

**ARRAIGNMENT**

_____

                                    CHARLES B. SWARTWOOD, III
                                    MAGISTRATE JUDGE

<u>September 28, 2004</u>      /s/ Lisa B. Roland
Date                          Lisa B. Roland,
                                 Deputy Clerk
                                 (508) 929-9905

cc: All counsel