UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

UNITED STATES

v.

PHILIP ALBERT

## DEFENDANT'S MOTION FOR LEAVE TO JOIN IN MOTION OF CO-DEFENDANT McLEOD TO STRIKE SURPLUSAGE FROM THE INDICTMENT

Philip Albert, the defendant in the above-captioned criminal case, hereby moves this Court for leave to join in the Motion to Strike Surplusage from the indictment filed by co-defendant Archibald McLeod, Jr. on or about February 11, 2005.

Respectfully submitted,

Philip ALBERT
By his attorney,

John Andrews – BBO #554259
Marc R. Salinas – BBO #644655
ANDREWS & UPDEGRAPH, PC
70 Washington Street, Suite 212
Salem, MA 01970
(978) 740-6633

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-

UNITED STATES

v.

PHILIP ALBERT

Certificate of Service

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA David G. Tobin, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA and a courtesy copy to Lisa Roland, Courtroom Clerk for Honoarble Charles B. Swartwood, III, United States Magistrate Judge by mail, as well as to the following counsel of record:

UNITED STATES V. CARLOS ESPNOLA
CRIMINAL NO. 04 10288 RWZ
SERVICE LIST

AUSA David Tobin
Moakley Federal Courthouse
One Courthouse Way, Ste. 9200
Boston, MA 02210

Stephen Neyman, Esquire
160 State Street, 8th Floor
Boston, MA 02109

Richard M. Welsh, Esquire
80 Worcester Street, Ste. 5
North Grafton, MA 01536

James L. Sultan, Esquire
Rankin & Sultan
One Commercial Wharf North
Boston, MA 02110

Roger Witkin, Esquire
Six Beacon Street
Boston, MA 02018

Bradford E. Keene, Esquire
Keene & Gizzi
220 Broadway, Suite #402
Lynnfield, MA 01940

Ellliot M. Weinstein, Esquire
228 Lewis Wharf
Boston, MA 02110

Edward J. O'Reilly, Esquire
46 Milton Street
Gloucester, MA 01930

Stephen D. Judge, Esquire
23 Central Avenue, Suite #605
Lynn, MA 01901

Michael C. Bourbeau, Esquire
Bourbeau & Bonilla
21 Union Street
Boston, MA 02108

Bruce G. Linson, Esquire
220 Commercial Street
Boston, MA 02109

Theodore W. Beauparlant, Esquire
166 Kenoza Avenue
Haverhill, MA 01830

Michael Natola, Esquire
McBride & Natoia
240 Commerical St., Ste. 2-B
Boston, MA 02109

Dated: 2/14/5

Marc R. Salinas – BBO #644655
Andrews & Updegraph, PC
70 Washington Street, Suite 212
Salem, MA 01970
(978) 740-6633