UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

UNITED STATES

v.

PHILIP ALBERT

**DEFENDANT, PHILIP ALBERT'S MOTION FOR LEAVE TO FILE INDIVIDUAL MOTIONS FOR DISCOVERY AND TO EXTEND THE DEADLINE TO FILE MOTIONS FOR DISCOVERY**

Philip Albert, the defendant in the above-captioned criminal case, hereby moves this Court for leave to file individual discovery motions and to extend the deadline to file any motions for discovery. As grounds therefore, the defendant states as follows:

1. On or about January 27, 2005, a status conference was held before Magistrate Judge Charles B. Swartwood, III.

2. Following the status conference, a status report issued on January 31, 2005. The status report indicated that counsel for all defendants shall confer for the purposes of filing a consolidated discovery motion on behalf of all defendants by March 4, 2005. The report further stated that if a defendant seeks to file individual discovery related motions, counsel shall file a timely motion stating the grounds for the request.

3. The Government has identified over 200 items of audio/videotaped surveillance evidence in this case. As more particularly described in the attached affidavit, counsel for Philip Albert is continuing to review the audio-visual evidence in this

case. This process is extraordinarily time consuming because of the volume of evidence and certain limitations put in place by the Government.

4. Counsel for Philip Albert must review all of the audio-visual evidence before determining what discovery motions, if any, should be filed. It is anticipated that if any discovery motions are filed, they will be <u>specific</u> and <u>unique</u> to alleged conversations and meetings that occurred between undercover law enforcement agents and Mr. Albert. Therefore, Mr. Albert requires leave to file individual discovery motions if the issues cannot be resolved in accordance with Local Rule 116.

5. The defendant, Philip Albert, further moves this Court to extend the deadline for his counsel to file any discovery motions until April 15, 2005. This extension will allow his counsel additional time to complete his review of the audio-visual evidence in this case. This extension will also provide his counsel the opportunity to inform the Court of their progress during the further status conference scheduled for April 13, 2005 without further intervention by the Court.

WHEREFORE, the defendant, Philip Albert, requests that this Court grant him leave to file individual discovery motions and to extend the deadline to file any discovery motions until April 15, 2005. In further support thereof, the defendant submits the attached affidavit of his counsel, Marc R. Salinas.

Respectfully submitted,

Philip ALBERT
By his attorney,

_____.
John Andrews – BBO #554259
Marc R. Salinas – BBO #644655
ANDREWS & UPDEGRAPH, PC
70 Washington Street, Suite 212
Salem, MA 01970
(978) 740-6633

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-RWZ

UNITED STATES

v.

PHILIP ALBERT

Certificate of Service

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA David G. Tobin, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA and a courtesy copy to Lisa Roland, Courtroom Clerk for Honorable Charles B. Swartwood, III, United States Magistrate Judge by mail, as well as to the following counsel of record:

UNITED STATES V. CARLOS ESPNOLA
CRIMINAL NO. 04 10288 RWZ
SERVICE LIST

AUSA David Tobin
Moakley Federal Courthouse
One Courthouse Way, Ste. 9200
Boston, MA 02210

Bradford E. Keene, Esquire
Keene & Gizzi
220 Broadway, Suite #402
Lynnfield, MA 01940

Michael C. Bourbeau, Esquire
Bourbeau & Bonilla
21 Union Street
Boston, MA 02108

Stephen Neyman, Esquire
160 State Street, 8th Floor
Boston, MA 02109

Ellliot M. Weinstein, Esquire
228 Lewis Wharf
Boston, MA 02110

Bruce G. Linson, Esquire
220 Commercial Street
Boston, MA 02109

Richard M. Welsh, Esquire
80 Worcester Street, Ste. 5
North Grafton, MA 01536

Edward J. O'Reilly, Esquire
46 Milton Street
Gloucester, MA 01930

Theodore W. Beauparlant, Esquire
166 Kenoza Avenue
Haverhill, MA 01830

James L. Sultan, Esquire
Rankin & Sultan
One Commercial Wharf North
Boston, MA 02110

Stephen D. Judge, Esquire
23 Central Avenue, Suite #605
Lynn, MA 01901

Michael Natola, Esquire
McBride & Natola
240 Commerical St., Ste. 2-B
Boston, MA 02109

Roger Witkin, Esquire
Six Beacon Street
Boston, MA 02018

Dated: 2/2/5

Marc R. Salinas – BBO #644655
Andrews & Updegraph, PC
70 Washington Street, Suite 212
Salem, MA 01970
(978) 740-6633