677603

AO 442　(Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

FILED

UNITED STATES OF AMERICA

V.

PHIL ALBERT

**WARRANT FOR ARREST**

Case    04CR10288-10-RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __PHIL ALBERT__
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation    X Probation Violation Petition

charging him or her      (brief description of offense)

Failure of defendant from any unlawful use of a controlled substance.

in violation of ____18____ United States Code, Section(s) ____3606____

LISA A. URSO                                    Deputy Clerk
Name of Issuing Officer                         Title of Issuing Officer

                                                1/26/06 BOSTON
Signature of Issuing Officer                    Date and Location

2006 JAN 26  P 2:01  U.S. MARSHAL SERVICE

Bail fixed at $ _____  by _____
                                            Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant   D/MA |

| DATE RECEIVED 1/26/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/26/2006 | DUSM Don Freeman | D. Freeman |