UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>) | |
| **v.** )<br>) | **Criminal No. 04-10288-RWZ** |
| **CARLOS ESPINOLA, ET AL.** ) | |

### GOVERNMENT'S WITHDRAWAL OF
### MOTION TO UNSEAL COMPLAINT AND AFFIDAVIT

    The United States of America hereby withdraws its Motion to Unseal Complaint and Affidavit filed with this Court on or about April 4, 2006. The motion was filed in error.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

            By:    /s/David G. Tobin
                    DAVID G. TOBIN
                    Assistant U.S. Attorney

                  Date: April 5, 2006

### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                              /s/David G. Tobin
                              Assistant United States Attorney

Date: April 5, 2006